|   |   |
|---|---|
| 1 | PATRICK H. HICKS, ESQ., Bar # 004632 |
| 2 | SANDRA KETNER, ESQ., Bar # 8527<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV  89169-5937<br>Telephone:    702.862.8800 |
| 5 | Fax No.:       702.862.8811<br>Email:         phicks@littler.com |
| 6 | Email:         sketner@littler.com |
| 7 | Attorneys for Defendant<br>BELLAGIO, LLC |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VILMA MIEL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada limited-liability company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00209-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, VILMA MIEL, and Defendant, BELLAGIO, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: August 1, 2016

Respectfully submitted,

s/ M. Lani Esteban-Trinidad, Esq.
_____
M. LANI ESTEBAN-TRINIDAD, ESQ.
THE THATER LAW GROUP, P.C.

Attorney for Plaintiff
VILMA MIEL

Dated: August 1, 2016

Respectfully submitted,

/s/ Sandra Ketner, Esq.
_____
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BELLAGIO, LLC

## **ORDER**

Based on the parties' stipulation IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is is instructed to CLOSE THIS CASE.

Dated:  August 2, 2016.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:141380279.1 060736.1102

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.